IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| CAPITAL FINANCE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:16-cv-02760-ELH |
| | ) | |
| HIGHLANDS OF HEBER SPRINGS, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| HIGHLANDS OF HEBER SPRINGS, LLC, *et al.* | ) | |
| | ) | |
| Counter-Plaintiffs/Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADDIT, LLC. | ) | |
| | ) | |
| Counter-Defendant/Third-Party Defendant. | ) | |

**STIPULATED BRIEFING SCHEDULE**

Plaintiff, Capital Finance, LLC ("Capital Finance"), Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, Highlands of Heber Springs, LLC, Highlands of McGehee, LLC, Highlands of Harrison Orendorf, LLC, Highlands of Harrison Tims, LLC, Highlands of Rogers, LLC, Highlands of Van Buren, LLC, R. Denny Barnett and Blaine G. Brint, (collectively, the "Highlands Parties"), and Counter-Defendant/Third-Party Defendant, Addit, LLC d/b/a Compass Pointe Healthcare System ("Addit"), by and through their undersigned counsel, hereby stipulate to the following schedule for responses and memoranda with respect to the Motion to Sever [Docket No. 69] and

Motion to Strike Jury Demand [Docket No. 70] filed by Capital Finance on February 17, 2017 and the Motion to Sever and Stay [Docket No. 71] filed by Addit, LLC on February 21, 2017:

1. The Highland Parties shall file their Responses to the Motion to Sever [Docket No. 69], Motion to Strike Jury Demand [Docket No. 70] and the Motion to Sever and Stay [Docket No. 71] on or before March 20, 2017.

2. Capital Finance and Addit shall file their Replies to the Responses filed by the Highland Parties with respect to the Motion to Sever [Docket No. 69], Motion to Strike Jury Demand [Docket No, 70] and the Motion to Sever and Stay [Docket No. 71] on or before April 7, 2017.

Dated: February 22, 2017                         Respectfully submitted,

/s/ James T. Heidelbach
James M. Smith (Bar No. 00513)
James T. Heidelbach (Bar No. 07715)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 752-5830
jsmit@gebsmith.com
jheid@gebsmith.com

*Attorneys for Plaintiff Capital Finance*

/s/ Arnold M. Weiner
Arnold M. Weiner (Bar No. 01605)
Michael D. Berman (Bar No. 03010)
Barry L. Gogel (Bar No. 25495)
Rifkin Weiner Livingston, LLC
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
(410) 769-8080
aweiner@rwlls.com
mberman@rwlls.com
bgogel@rwlls.com

*Attorneys for Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, Highlands of Heber Springs, LLC, Highlands of McGehee, LLC, Highlands of Harrison Orendorf, LLC, Highlands of Harrison Tims, LLC, Highlands of Rogers, LLC, Highlands of Van Buren, LLC, R. Denny Barnett and Blaine G. Brint*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Womble Carlyle Sandridge & Rice, LLP
100 Light Street, 26th Floor
Baltimore, Maryland 21201
(410) 908-6170
david.hamilton@wcsr.com

*Attorneys for Counter-Defendant/Third-Party Defendant, Addit, LLC d/b/a Compass Pointe Healthcare System*

SO ORDERED,

_____
J. Frederick Motz, United States District Judge